USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-09

# GLOBAL AMERICAN LINE
NVO / Int'l Freight Forwarding, Warehousing & Distribution
4003 Coyle Street, Houston, TX 77003
TEL: (281) 484-3230 FAX: (281) 484-3835;
houston@globalamericanline.com

RECEIVED MAR 0 5 2009 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

MEMO ENDORSED

*An entity, whether a partnership, corporation or otherwise, may only appear by an attorney admitted to practice in this court. A non-lawyer, including an officer of the entity, may not represent the ~~individual or~~ entity in court. Capt Wajid Ali's letter refers to "Global American Line" as a company and therefore an admitted attorney must appear. Application DENIED. It would be inappropriate to place this case on hold until late July.*

*SO ORDERED.*
*/s/ PKC USDJ*
*3-5-09*

March 4, 2009

Judge Castel
Court Room No 12C
United States Court House
500 Pearl Street, New York, N.Y 10007-1316

Lyons & Flood, LLP
Attorneys at Law
65 West 36th Street, 7th Floor, New York, NY 10018
(Your File No: 2549117)

Re: MSC Mediterranean Shipping Company, SA. V Dadwan Steel Ltd., ET. Al. 09 CIV. 00336(PKC)

Sir,

We have received a notice from Mr. Joe Werner, Attorney at Law from Lyons & Flood LLP to appear before Your Honor for Initial Pre-trial conference on March 20, 2009 at 11.45 A.M.
I, Capt Wajid Ali of Global American Line am the representative of the company. I will not be available for Pre-Trial conference as I am leaving for Karachi, Pakistan on March 13, 2009 to organize a family function/s. As Head of the Family it is customary in our culture to take care of the functions. All my plans were made prior to receiving your mail. If you need my appearance, then I would request this court to schedule a date after July 25, 2009. I hope Your Honor understands and would appreciate if you change the date.

Thanking you in advance for your prompt attention.

Sincerely,

*[signature]*
Capt. Wajid Ali Qureshi
For Global American line
Houston

*Faxed to Qureshi 3/5/09*